AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Northern District, Georgia | 5/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2167 U.S. Courthouse <br> 75 Spring Street, S.W. <br> Atlanta, Georgia 30303 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Carnes, Julie E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[  ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▨ - lawyer - self-employed; partner in law firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Associated Credit Union | A | Interest | M | T | | | | | |
| 2. | Regions Bank | B | Interest | M | T | | | | | |
| 3. | SunTrust Bank | C | Interest | O | T | | | | | |
| 4. | SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 5. | Wells Fargo Bank (formerly Wachovia) | A | Interest | K | T | | | | | |
| 6. | ING | D | Interest | M | T | | | | | |
| 7. | Schwab One Money Market | A | Interest | J | T | | | | | |
| 8. | Columbia Co. GA Wtr & Swr Rev Due 06/01/2015 | B | Interest | L | T | | | | | |
| 9. | Municipal Elec Auth GA Due 11/01/2013 | D | Interest | M | T | | | | | |
| 10. | First Bank | B | Interest | | T | Redeemed | 07/19/10 | L | A | |
| 11. | Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 12. | Georgia Hsg & Fin AU Maty: 12/01/2010 | A | Interest | | T | Redeemed | 12/01/10 | K | A | |
| 13. | Municap Elec Auth GA Maty: 01/01/2012 | D | Interest | M | T | | | | | |
| 14. | Georgia ST HSG & FIN AU Maty: 06/01/2012 | C | Interest | M | T | | | | | |
| 15. | Savannah GA HSP AU Maty: 07/01/2012 | D | Interest | | T | Sold | 07/21/10 | M | A | |
| 16. | Fayette Co. GA Sch DT Maty: 03/01/2013 (corr. from 9/1/10) | A | Interest | L | T | | | | | |
| 17. | Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | B | Interest | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. GA H & F AU Single Fam MTG Sr. A, Subsr A-2-AMT due 6/1/14 | A | Interest | | T | Sold | 02/01/10 | K | A | |
| 19. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 20. GA H & F AU Single Fam Mtg Sr. A, Subsr A-2-AMT due 6/1/15 | A | Interest | | T | Sold | 02/01/10 | K | A | |
| 21. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 22. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due6/1/16 | B | Interest | L | T | | | | | |
| 23. Fayette Co. GA Sch DT Maty: 03/01/2017 | A | Interest | K | T | | | | | |
| 24. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 25. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 26. Savannah GA Hosp Auth Rev Maty: 07/01/2018 | A | Interest | | T | Sold | 07/21/10 | J | A | |
| 27. Capital One Bank VA | A | Interest | | T | Redeemed | 01/12/10 | L | A | |
| 28. Schwab Money Market Fund | A | Dividend | O | T | | | | | |
| 29. American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 30. American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 31. American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 32. American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 33. American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 34. American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type(e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 36. Value Line Premier Growth Fund(fmly Special Situations Fund) | A | Dividend | K | T | | | | | |
| 37. Bestbank | B | Interest | M | T | | | | | |
| 38. Merrill Lynch Bank | B | Interest | M | T | | | | | |
| 39. American US Govt. Securities FD CL A | D | Interest | M | T | | | | | |
| 40. BB&T Bank | B | Interest | M | T | | | | | |
| 41. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |
| 42. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 43. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | A | Interest | M | T | Buy | 08/05/10 | M | | |
| 44. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 45. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 46. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 47. CMA Money Fund (see explanation, Part VIII) | A | Interest | | T | Sold | 05/04/09 | K | A | |
| 48. ML US Treasury Money Fund | A | Interest | J | T | | | | | |
| 49. Georgia B & T NA | B | Interest | L | T | | | | | |
| 50. Sterling Savings BK | A | Interest | | T | Redeemed | 05/11/10 | L | A | |
| 51. Homestreet Bank | A | Interest | | T | Redeemed | 08/12/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FNB of the South | A | Interest | | T | Redeemed | 03/03/10 | K | A | |
| 53. Huntington NB | B | Interest | | T | Redeemed | 08/20/10 | L | A | |
| 54. Capmark Bank NA | B | Interest | L | T | | | | | |
| 55. Sallie Mae Bank | B | Interest | L | T | | | | | |
| 56. Discover Bank NA | C | Interest | L | T | | | | | |
| 57. Discover Bank NA | A | Interest | | T | Redeemed | 02/26/10 | K | A | |
| 58. Citibank | A | Interest | | T | Closed | 11/23/10 | J | A | |
| 59. U.S. Trsy Inflation Note APR 15 2010 | A | Interest | | T | Redeemed | 04/15/10 | K | A | |
| 60. U.S. Trsy Inflation Note APR 15 2011 | A | Interest | K | T | | | | | |
| 61. U.S. Trsy Inflation Note APR 15 2012 | A | Interest | K | T | | | | | |
| 62. The Endowment Registered Fund LP | A | Dividend | O | T | | | | | |
| 63. First Eagle Overseas CL I | | | | | Buy | 06/28/10 | J | | |
| 64. | B | Dividend | L | T | Buy | 11/30/10 | J | | |
| 65. First Eagle Gold CL I | | | | | Buy | 06/28/10 | J | | |
| 66. | B | Dividend | K | T | Buy | 11/30/10 | J | | |
| 67. Ivy Global Natural Resources FD CL I | A | Dividend | | T | Sold | 05/24/10 | K | A | |
| 68. Pimco Unconstrained Bond Fund CL P | | | | | Buy | 05/24/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | C | Dividend | M | T | Buy | 06/28/10 | K | | |
| 70. Pimco Unconstrained Bond Fund CL C | A | Dividend | K | T | | | | | |
| 71. American New World Fund CL F2 | A | Dividend | | T | Sold | 05/24/10 | K | A | |
| 72. T Rowe Price Health Sciences FD Retail Class | A | Dividend | | T | Sold | 03/19/10 | K | C | |
| 73. Oppenheimer Dev. Markets FD CL Y (formerly CL A) | A | Dividend | | T | Sold | 03/22/10 | K | B | |
| 74. Templeton Glbl Bond FD ADV CL | D | Dividend | M | T | Buy | 06/28/10 | J | | |
| 75. Blackrock Global Allocation FD Inc INSTL | | | | | Buy | 06/28/10 | J | | |
| 76. | B | Dividend | L | T | Buy | 11/30/10 | J | | |
| 77. Eaton Vance Glbl Macro Absolute Return CL I | | | | | Buy | 05/24/10 | K | | |
| 78. | C | Dividend | L | T | Buy | 06/28/10 | J | | |
| 79. Goldman Sachs Absolute Return Tracker FD INSTL | B | Dividend | L | T | Buy | 06/28/10 | K | | |
| 80. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 81. Blackrock GNMA C | A | Dividend | K | T | | | | | |
| 82. Eaton Vance Strategic Income Fund CL C | A | Dividend | K | T | | | | | |
| 83. Lord Abbett Short Duration Income Fund C | A | Dividend | K | T | | | | | |
| 84. Alpine Ultra Short Tax Optimized Income Fund | B | Dividend | L | T | Buy | 03/19/10 | L | | |
| 85. Cohen & Steers Global Realty Shares, Inc. CL I | A | Dividend | J | T | Buy | 11/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Thornburg Limited Term Municipal Fund CL I | B | Dividend | L | T | Buy | 03/19/10 | L | | |
| 87. Blackrock Eqty Dividend Fund Instl | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 88. CGM Advisor Targeted Equity FD CL Y | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 89. Fairholme Fund | | | | | Buy | 03/19/10 | K | | |
| 90. | | | | | Buy | 06/28/10 | J | | |
| 91. | A | Dividend | K | T | Buy | 11/30/10 | J | | |
| 92. Franklin Rising Dividends FD ADV CL | | | | | Buy | 03/19/10 | K | | |
| 93. | | | | | Buy | 06/28/10 | J | | |
| 94. | C | Dividend | K | T | Buy | 11/30/10 | J | | |
| 95. Eaton VNCE PRMTRC STRCTRD EMRGN MRKTS FD I | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 96. Franklin Income FD ADV Class | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 97. Goldman Sachs Satellite Strategies Port FD INSTL | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 98. Hussman Strategic Total Return Fund CL Retail | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 99. Ishare Barlcys 20+ YR Treas Index Fund | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 100. Loomis Sayles Strategic Inc FD CL Y | | | | | Buy | 03/19/10 | K | | |
| 101. | | | | | Buy | 06/28/10 | J | | |
| 102. | C | Dividend | K | T | Buy | 11/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Nuveen Tradewinds Global ALL CAP FD CL I | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 104. Pimco Developing Local Markets FD CL P | | | | | Buy | 03/19/10 | K | | |
| 105. | | | | | Buy | 06/28/10 | K | | |
| 106. | A | Dividend | K | T | Buy | 11/30/10 | J | | |
| 107. Pimco Total Return Fund CL P | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 108. Templeton GLBL Bond FD ADV CL | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 109. The Oakmark Fund | | | | | Buy | 03/19/10 | K | | |
| 110. | | | | | Buy | 06/28/10 | J | | |
| 111. | A | Dividend | K | T | Buy | 11/30/10 | J | | |
| 112. Wisdomtree Global Equity Income Fund | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 113. Wisdomtree Emerging Mrkt Equity Income | A | Dividend | J | T | Buy | 11/30/10 | J | | |
| 114. SPDR S&P Dividend ETF | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 115. SCHW INTL EQ ETF | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 116. Parnassus Equity Income Fund Investor SH | A | Dividend | K | T | Buy | 10/12/10 | K | | |
| 117. Manning & Napier World Oppty A | A | Dividend | K | T | Buy | 10/12/10 | K | | |
| 118. Schwab S&P 500 Index FD | A | Dividend | K | T | Buy | 10/12/10 | K | | |
| 119. Scout Intl FD | A | Dividend | K | T | Buy | 10/12/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Growth | A | Dividend | K | T | Buy | 10/14/10 | K | | |
| 121. Texas Transn Commn 4% 12 REV DUE 04/01/12 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 122. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 123. SCH MUNI Money Fund | A | Interest | K | T | Open | 10/13/10 | L | | |
| 124. Chicago ILL Brd Ed 5% 16GO UTX DUE 12/01/16 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 125. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | Buy | 11/10/10 | K | | |
| 126. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 127. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 128. New York NY 5% 15GO UTX DUE 11/01/15 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 129. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | K | T | Buy | 10/26/10 | K | | |
| 130. Plano TEX INDPT SCH 5% 13GO UTX DUE 02/15/13 | A | Interest | K | T | Buy | 11/10/10 | K | | |
| 131. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | Buy | 10/26/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 47: C M A Money Fund was closed 5/4/09, which was inadvertently omitted from the 2009 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 5/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544